IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN HUNTER, an individual, PETER SHELP, an individual, and SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C., a Wisconsin limited liability corporation, Plaintiffs, vs. SUPERIOR WALLS OF AMERICA, LTD., a Pennsylvania corporation, MELVIN ZIMMERMAN, an individual, GLENN GINGRICH, an individual, GEORGE KOELSCH, JR., an individual, CARL MARTIN, an individual, LEE HAWTHORNE, an individual, ROBERT FINGER, an individual, and JOHN STOLZFUS, an individual, Defendants. | CIVIL ACTION NO. 00-CV-2519 DWF/SRN |

**STIPULATION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Steven Hunter, Peter Shelp and Superior Walls of the St. Croix Valley, L.L.C. (collectively referred as "Plaintiffs") and Defendants Superior Walls of America, Ltd., Melvin Zimmerman, Glenn Gingrich, George Koelsch, Jr., Carl Martin, Lee Hawthorne, Robert Finger and John Stolzfus (collectively referred as "Defendants"), by and through their counsel, hereby

FILED JAN 17 2001
FR... ...OSAL CLERK
JUDGMENT...
DEPUTY CLERK

stipulate that Defendants shall have an extension of time through January 17, 2001 to respond to Plaintiffs' Complaint.

J. Michael Dady
Cheryl S. Stanton
**DADY & GARNER, P.A.**
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 359-9000
Facsimile: (612) 359-3507

Attorneys for Plaintiffs

William L. Killion
**GRAY PLANT MOOTY MOOTY & BENNETT, P.C.**
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: (612) 343-2859
Facsimile: (612) 343-0066

Attorney for Defendants

Dated: 1/12/01

**ENDORSED** and **ORDERED** at St. Paul, Minnesota, this 17th day of Jan., 2001.

**BY THE COURT:**

**Honorable Donovan W. Frank**