**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STEVEN HUNTER, an individual, PETER SHELP, an individual, and SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C., a Wisconsin limited liability corporation,**

**Plaintiffs,**

**v.**

**SUPERIOR WALLS OF AMERICA, LTD., a Pennsylvania corporation, MELVIN ZIMMERMAN, an individual, GLENN GINGRICH, an individual, GEORGE KOELSCH, JR., an individual, CARL MARTIN, an individual, LEE HAWTHORNE, an individual, ROBERT FINGER, an individual, and JOHN STOLZFUS, an individual,**

**Defendants.**

**Civil No. 00-2519(DWF/SRN)**

**O R D E R**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on an oral, ex parte request by counsel for the Defendants for an extension of time in which to file an appeal of this Court's September 13, 2001, Order.

Pursuant to Local Rule 72.1(b)(2), the Court grants all parties an extension to October 1, 2001, to file and serve any appeal of the September 13,

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

2001, Order.

Based on the foregoing, and all the files, records and motion proceedings herein,

**IT IS HEREBY ORDERED** that:

1) Pursuant to Local Rule 72.1(b)(2), all parties are granted an extension to October 1, 2001, to file and serve any appeal of this Court's September 13, 2001, Order.

Dated: September 21, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500