42-1307

RECEIVED
01 DEC 19 AM 11:10

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00-CV-2519 DWF/SRN **Case Title:** Steven Hunter, et al. v. Superior Walls of America, Ltd., et al.

**Affidavit of Movant**

I, William L. Killion, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, requests that this Court admit pro hac vice Constantine T. Fournaris, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( x ) defendants, Superior Walls of America, Ltd., Melvin Zimmerman, Glenn Gingrich, George Koelsch, Jr., Carl Martin, Lee Hawthorne, Robert Finger, and John Stolzfus, in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 55700 | 12/13/01 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Constantine T. Fournaris, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Constantine T. Fournaris | [signature] | 12.06.01 |
| Type/Print Name | Signature | Date |

Attorney License Number: 63902

Law Firm Name & Address:
Buchanan Ingersoll PC
11 Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103-2985

Telephone: 215-665-3927

RECEIVED BY MAIL
DEC 26 2001
CLERK US DIST COURT
ST. PAUL, MN

Motion Granted: [signature] DEC 26 2001
For the Court: Francis E. Dosal, Clerk — Date

DEC 26 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______