# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **STEVEN HUNTER,** an individual, **PETER SHELP**, an individual, and **SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C.,** a Wisconsin limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**SUPERIOR WALLS OF AMERICA, LTD.,** a Pennsylvania corporation, **MELVIN ZIMMERMAN**, an individual, **GLENN GINGRICH**, an individual, **GEORGE KOELSCH, JR.,** an individual, **CARL MARTIN,** an individual **LEE HAWTHORNE,** an individual, **ROBERT FINGER,** an individual, and **JOHN STOLZFUS**, an individual,<br><br>Defendants. | ) | **Civil No. 00-CV-2519 DWF/SRN**<br><br>**STIPULATION FOR EXTENSIONS OF DEADLINES CONTAINED IN PRE-TRIAL SCHEDULING ORDER**<br>AND ORDER |

Pursuant to Federal Rule of Civil Procedure 29, counsel for the parties to the above action stipulate that:

1. The time within which Plaintiffs may amend their pleadings will be extended to February 1, 2002.

2. The time for Defendants to identify their expert witness, under Rule 26(a)(2)(A), and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, will be extended to January 18, 2002.

3. The time for completion of discovery will be extended to March 1, 2002.

4. The time for serving and filing non-dispositive motions will be March 15, 2002; and

FILED JAN 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. The parties do not seek an extension of the deadline for dispositive motions to be served, filed, and heard, nor do the parties seek to extend the ready-for-trial deadline.

DATED: January 8, 2002.

**DADY & GARNER, P.A.**

By [signature]

J. Michael Dady (#2062X)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS

DATED: January 8, 2002.

**BUCHANAN INGERSOLL PROFESSIONAL CORPORATION**

By [signature]

Arthur L. Pressman
Constantine T. Fournaris
Pearlettte V. Toussant
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
(215) 665-3910

William L. Killion (# 55700)
**Gray, Plant, Mooty, Mooty & Bennett**
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **STEVEN HUNTER**, an individual,<br>**PETER SHELP**, an individual, and<br>**SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C.**, a Wisconsin limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**SUPERIOR WALLS OF AMERICA, LTD.**, a Pennsylvania corporation,<br>**MELVIN ZIMMERMAN**, an individual,<br>**GLENN GINGRICH**, an individual,<br>**GEORGE KOELSCH, JR.**, an individual,<br>**CARL MARTIN**, an individual<br>**LEE HAWTHORNE**, an individual,<br>**ROBERT FINGER**, an individual, and<br>**JOHN STOLZFUS**, an individual,<br><br>Defendants. | ) | **Civil No. 00-CV-2519 DWF/SRN**<br><br>**ORDER** |

The parties have stipulated that:

1. The time for Plaintiffs to amend their pleadings is extended to February 1, 2002.

2. The time for Defendants to identify their expert witness, under Rule 26(a)(2)(A), and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, is extended to January 18, 2002.

3. The time for completion of discovery is extended to March 1, 2002.

4. The time for serving and filing non-dispositive motions is March 15, 2002.

The Court, finding that no interference with the date for the hearing of dispositive motions and the ready-for-trial date will result, approves the parties' stipulation and it is

SO ORDERED that the parties' stipulation is approved and that the parties shall comply with the above-stipulated pre-trial deadline extensions.

DATED: January 8, 2002

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate