IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **STEVEN HUNTER**, an individual, **PETER SHELP**, an individual, and **SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C.**, a Wisconsin limited liability corporation, Plaintiffs, | ) | **Civil No. 00-CV-2519 DWF/SRN** |
| vs. | ) | **STIPULATION FOR EXTENSIONS OF DEADLINES CONTAINED IN PRE-TRIAL SCHEDULING ORDER** AND ORDER |
| **SUPERIOR WALLS OF AMERICA, LTD.**, a Pennsylvania corporation, **MELVIN ZIMMERMAN**, an individual, **GLENN GINGRICH**, an individual, **GEORGE KOELSCH, JR.**, an individual, **CARL MARTIN**, an individual **LEE HAWTHORNE**, an individual, **ROBERT FINGER**, an individual, and **JOHN STOLZFUS**, an individual, Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 29, counsel for the parties to the above action stipulate that:

1. ~~The time for completion of discovery will be extended to April 12, 2002~~; AMP

2. The time for serving and filing non-dispositive motions will be extended to April 22, 2002; and

3. The time for serving, filing and hearing all dispositive motions will be extended to May 20, 2002, or 45 days after this Court issues it's Order with respect to Plaintiffs' Motion for Leave to Amend Pleadings to Include Punitive Damages Claim (~~as all dispositive motions have to be served, filed and heard by this deadline~~), whichever is later. AMP

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 21, 2002.

DADY & GARNER, P.A.

By ____________________
J. Michael Dady (#2062X)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS

DATED: March ___, 2002.

BUCHANAN INGERSOLL, P.C.

By ____________________
Arthur L. Pressman
Constantine T. Fournaris
Pearlettte V. Toussant
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
(215) 665-3910

William L. Killion (# 55700)
Gray, Plant, Mooty, Mooty & Bennett
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **STEVEN HUNTER**, an individual, **PETER SHELP**, an individual, and **SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C.**, a Wisconsin limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**SUPERIOR WALLS OF AMERICA, LTD.**, a Pennsylvania corporation, **MELVIN ZIMMERMAN**, an individual, **GLENN GINGRICH**, an individual, **GEORGE KOELSCH, JR.**, an individual, **CARL MARTIN**, an individual **LEE HAWTHORNE**, an individual, **ROBERT FINGER**, an individual, and **JOHN STOLZFUS**, an individual,<br><br>Defendants. | ) | **Civil No. 00-CV-2519 DWF/SRN**<br><br>**ORDER** |

The parties have stipulated that:

1. The time for serving and filing non-dispositive motions will be extended to April 22, 2002; and

2. The time for serving, filing and hearing all dispositive motions will be extended to May 20, 2002, or 45 days after this Court issues its Order with respect to Plaintiffs' Motion for Leave to Amend Pleadings to Include Punitive Damages Claim (as all dispositive motions have to be served, filed and heard by this deadline), whichever is later.

The Court, finds that, given Plaintiffs' motion for leave to amend their pleadings to include punitive damages is pending before this Court, the parties' pre-trial deadlines need to be extended. Accordingly, it is

SO ORDERED that the parties' stipulation is approved and that the parties shall comply with the above-stipulated pre-trial deadline extensions.

DATED: March 25, 2002

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate