**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STEVEN HUNTER, an individual,
PETER SHELP, an individual, and
SUPERIOR WALLS OF THE ST. CROIX
VALLEY, L.L.C., a Wisconsin limited
liability corporation,

Plaintiffs,

Civil No. 00-2519 (DWF/SRN)

v.

**ORDER OF DISMISSAL**

SUPERIOR WALLS OF AMERICA, LTD, a
Pennsylvania corporation,
MELVIN ZIMMERMAN, an individual,
GLENN GINGRICH, an individual,
GEORGE KOELSCH, JR., an individual,
CARL MARTIN, an individual,
LEE HAWTHORNE, an individual,
ROBERT FINGER, an individual, and
JOHN STOLZFUS, an individual,

Defendants.

---

J. Michael Dady, Esq., and Jennifer Gehrig, Esq., Dady & Garner, 4000 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2204, counsel for Plaintiffs.

William Killion, Esq., Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33, South 6th Street, Minneapolis, MN 55402; Arthur Pressman, Esq., and Constantine Fournaris, Esq., Buchanan Ingersoll, 1835 Market Street, 13th Floor, Philadelphia, PA 19103, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause

Filed MAY - 3 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 3, 2002

DONOVAN W. FRANK
Judge of United States District Court