IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STEVEN HUNTER, an individual, PETER SHELP, an individual, and SUPERIOR WALLS OF THE ST. CROIX VALLEY, L.L.C., a Wisconsin limited liability corporation, | ) | Civil No. 00-CV-2519 DWF/SRN |
| Plaintiffs, | ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| SUPERIOR WALLS OF AMERICA, LTD., a Pennsylvania corporation, MELVIN ZIMMERMAN, an individual, GLENN GINGRICH, an individual, GEORGE KOELSCH, JR., an individual, CARL MARTIN, an individual, LEE HAWTHORNE, an individual, ROBERT FINGER, an individual, and JOHN STOLZFUS, an individual, | ) | |
| Defendants. | ) | |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the above-captioned matter can and is dismissed with prejudice and on the merits and that each party will bear their own costs, disbursements, and attorneys' fees.

Dated: June 10, 2002

DADY & GARNER, P.A.

By [signature]
J. Michael Dady (#2062X)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 359-9000

Attorneys for Plaintiffs

JUN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 3, 2002

GRAY PLANT MOOTY
MOOTY & BENNETT, P.A.

By ______________________
William L. Killion (#55700)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: (612) 343-2800

Arthur L. Pressman
BUCHANAN INGERSOLL, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Telephone: (215) 665-3910

Attorneys for Defendants

**ORDER**

Based on the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: June 17, 2002

BY THE COURT:

______________________
The Honorable Donovan W. Frank
Judge of U.S. District Court

GP:895633 v1